UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| ELAINE L. CHAO, Secretary of Labor,<br>United States Department of Labor,<br><br>        Plaintiff,<br><br>v.<br><br>NATIONAL ASSOCIATION OF<br>GOVERNMENT EMPLOYEES,<br>SERVICE EMPLOYEES<br>INTERNATIONAL UNION,<br>AFL-CIO, CLC,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION<br>NO.03-11480-NG |

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

For the reasons set forth in the accompanying memorandum, the Secretary requests that this Court grant summary judgment for the Secretary because, as a matter of law, in the absence of disputed material facts, Defendant is in violation of 29 U.S.C. § 481(c), in failing to provide adequate safeguards to ensure a fair election of officers.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

/s/Anita Johnson
ANITA JOHNSON
Assistant U.S. Attorney
John Joseph Moakley U. S. Courthouse
One Courthouse Way - Suite 9200
Boston, MA   02210
(617) 748-3266

Of Counsel:

Maureen Canavan
Office of the Regional Solicitor
U.S. Department of Labor
JFK Federal Building, Room E-375
Boston, MA  02203

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that I have served the foregoing, together with the accompanying Statement of Material Facts, upon Robert M. Weinberg and Philip A. Hostak, Bedhoff & Kaiser, P.L.L.C., 805 Fifteenth St., N.W., Suite 1000, Washington, D.C. 2005, and James A. Brett, Reed, Brett, Dawson & Wilson, 101 Tremont St., Boston, Mass. 02108, counsel for Defendant, and upon Max D. Stern and Kenneth M. Resnik, Stern, Shapiro, Weissberg & Garin, 90 Canal St., Ste. 500, Boston, Mass. 02114-2022, counsel for intervenors, by first class mail, postage prepaid, on this 30th day of June 2004.


/s/Anita Johnson