# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

_____
                                          )
Elaine L. Chao,                           )
                                          )
    *Plaintiff,*                           )    Case No. 03-11480 (NG)
                                          )
v.                                        )
                                          )
National Association of Government        )
Employees,                                )
                                          )
    *Defendant.*                          )
_____)

## STIPULATION OF DISMISSAL OF THE CLAIMS OF THE PLAINTIFF-INTERVENORS

    The parties hereby stipulate to the dismissal, without prejudice and with each party bearing its own costs and fees, of all of the claims set forth in the Plaintiff-Intervenors' Complaint.  Plaintiff-Intervenors hereby withdraw their motion to intervene and withdraw as parties to this action.

Respectfully submitted,

**For Plaintiff:**                                    **For Defendant:**


_/s/ Anita Johnson_____            _/s/ Robert M. Weinberg_____
Anita Johnson                                         Robert M. Weinberg
Assistant United States Attorney              W. Gary Kohlman
John Joseph Moakley U.S. Courthouse    Kathleen M. Keller
1 Courthouse Way, Suite 9200              Bredhoff & Kaiser, P.L.L.C.
(617) 748-3266                                      805 Fifteenth Street, N.W., Suite 1000
                                                            Washington, D.C. 20005
                                                            Telephone:  (202) 842-2600
**For Intervenors:**                              Fax:  (202) 842-1888

_/s/ Kenneth M. Resnik_____
Max D. Stern                                          James A. Brett
Kenneth M. Resnik                                 Reed, O'Reilly & Brett
Stern, Shapiro, Weissberg & Garin, LLP   101 Tremont Street
90 Canal St., Suite 500                           Boston, Massachusetts 02108
Boston, MA 02114-2022                        Telephone: (617) 426-1166
(617) 742-5800                                      Fax: (617) 426-5583

August 3, 2005

2