**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**


**Elaine L. Chao**
Plaintiff

   v.

               No: 03-cv-11480-NG

**National Association of Government Employees**
Defendant


### SETTLEMENT ORDER OF DISMISSAL


Gertner,  D. J.


  The Court having been advised on October 17, 2005   that the above-entitled action

has been settled;

  IT IS ORDERED that this action is hereby dismissed without costs and without prejudice

to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if

settlement is not consummated.


            By the Court,


 10/17/05            s/Maryellen Molloy
   Date              Deputy Clerk

(30 DISM CHAO 10-05.wpd - 12/98)                                    [stlmtodism.]