UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
ELAINE L. CHAO, Secretary of Labor, \*
  United States Department of Labor,   \*
        Plaintiff,     \*
        v.     \*
           \*        CIVIL NO.
NATIONAL ASSOCIATION OF   \*    03-11480-NG
GOVERNMENT EMPLOYEES,   \*
SERVICE EMPLOYEES   \*
INTERNATIONAL UNION   \*
        Defendant     \*
\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ASSENTED-TO MOTION FOR ENTRY OF FINAL JUDGMENT

Plaintiff, Elaine L. Chao, Secretary of Labor, United States Department of Labor (the "Secretary") hereby requests that this Court enter Final Judgment declaring the following persons certified by the Secretary as having been elected to the designated offices of the defendant union:

| | |
|---|---|
| John Alicandro | National Executive Board |
| Susan Anderson | National Executive Board |
| Stephen Antonucci | National Executive Board |
| Viviene Bramwell | National Executive Board |
| Kate Breen | National Executive Board |
| Kevin Burnham | National Executive Board |
| Vince Champion | National Executive Board |
| Richard Cipro | National Executive Board |
| Robert Cutting | National Executive Board |
| Kevin Donovan | National Executive Board |
| James Fouchia | National Executive Board |

1

| | |
|---|---|
| Don Guindon | National Executive Board |
| Lizabeth Hanna-Walker | National Executive Board |
| George Hockhousen | National Executive Board |
| Michael Scott Kreher | National Executive Board |
| William Lane | National Executive Board |
| Robert McCarl | National Executive Board |
| Michael McKenna | National Executive Board |
| Susie McLean Zady | National Executive Board |
| Claudia Moore | National Executive Board |
| James Munchbach | National Executive Board |
| Leo Munroe | National Executive Board |
| Victor Orderica | National Executive Board |
| Mark Ouimet | National Executive Board |
| Dianne Perielli | National Executive Board |
| Anthony Pizighelli | National Executive Board |
| Milton Roe | National Executive Board |
| David Thaxton | National Executive Board |
| Marcia Thornton | National Executive Board |
| Kip Wills | National Executive Board |

Attached to this motion is the Declaration of Patricia Fox, Acting Chief, Division of
Enforcement, Office of Labor Management Standards, United States Department of Labor, which
attests that the election was conducted under the supervision of the Department of labor and in
accordance with the Labor Management Reporting and Disclosure Act, 29 U.S.C. 481 et seq.

2

Respectfully submitted,

Secretary of Labor                        MICHAEL J. SULLIVAN
U.S. Department of Labor                   United States Attorney
Howard M. Radzely
Solicitor of Labor
                                           /s/ Anita Johnson
Frank V. McDermott                         ANITA JOHNSON
Regional Solicitor                         Assistant U.S. Attorney
                                           Moakley U.S.Courthouse, Ste. 9200
Maureen L. Canavan                         Boston, MA  02110
Attorney                                   617 748 3226


Certification of Service and Rule 7.1 Conference

    I hereby certify that the foregoing has been served upon counsel for Defendant by the electronic filing system and that said counsel has assented to this motion, both on this tenth day of January 2007.

/s/ Anita Johnson

3