UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ELAINE L. CHAO, Secretary of Labor, | ) | Civil Action |
| United States Department of Labor, | ) | No. 03-11480NG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| NATIONAL ASSOCIATION OF | ) | |
| GOVERNMENT EMPLOYEES, | ) | |
| SERVICE EMPLOYEES | ) | |
| INTERNATIONAL UNION, | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATION OF ELECTION

The election having been conducted in the above matter under the supervision of the

Secretary of Labor, United States Department of Labor, pursuant to a Consent Order dated

November 7, 2005, filed in the United States District Court for the District of Massachusetts, in

accordance with the provisions of Title IV of the Labor-Management Reporting and Disclosure

Act of 1959 (29 U.S.C. § 481 et seq.) and in conformity with the appropriate provisions of the

Constitution and Bylaws of defendant labor organization, insofar as lawful and practicable,

therefore:

Pursuant to Section 402(c) of the Labor-Management Reporting and Disclosure Act of

1959 (29 U.S.C. § 482 (c)), and the authority delegated to me,

IT IS HEREBY CERTIFIED that the following named candidates have been duly elected to the offices designated:

| | |
|---|---|
| John Alicandro | National Executive Board |
| Susan Anderson | National Executive Board |
| Stephen Antonucci | National Executive Board |
| Viviene Bramwell | National Executive Board |
| Kate Breen | National Executive Board |
| Kevin Burnham | National Executive Board |
| Vince Champion | National Executive Board |
| Richard Cipro | National Executive Board |
| Robert Cutting | National Executive Board |
| Kevin Donovan | National Executive Board |
| James Fouchia | National Executive Board |
| Don Guindon | National Executive Board |
| Lizabeth Hanna-Walker | National Executive Board |
| George Hockhousen | National Executive Board |
| Michael Scott Kreher | National Executive Board |
| William Lane | National Executive Board |
| Robert McCarl | National Executive Board |
| Michael McKenna | National Executive Board |
| Susie McLean Zady | National Executive Board |
| Claudia Moore | National Executive Board |
| James Munchbach | National Executive Board |

2

| | |
|---|---|
| Leo Munroe | National Executive Board |
| Victor Orderica | National Executive Board |
| Mark Ouimet | National Executive Board |
| Dianne Perielli | National Executive Board |
| Anthony Pizighelli | National Executive Board |
| Milton Roe | National Executive Board |
| David Thaxton | National Executive Board |
| Marcia Thornton | National Executive Board |
| Kip Wills | National Executive Board |

Attached herewith is a declaration setting forth the protest concerning violations which were alleged to have occurred in the conduct of the election and the findings of our investigation of this protest.

Signed this 22nd day of December, 2006.

*Patricia Fox*

Patricia Fox
Acting Chief, Division of Enforcement
Office of Labor-Management Standards
Employment Standards Administration
U.S. Department of Labor

3

DECLARATION OF PATRICIA FOX

I, Patricia Fox, am the Acting Chief, Division of Enforcement, Office of Labor-Management Standards, Employment Standards Administration, United States Department of Labor (Department). Pursuant to a Consent Order dated November 7, 2005 of the United States District Court for the District of Massachusetts, the Office of Labor-Management Standards (OLMS) supervised the selection of delegates and the election of thirty National Executive Board Officers for the National Association of Government Employees (NAGE). The selection of delegates and the national election were supervised pursuant to the Labor-Management Reporting and Disclosure Act of 1959 (LMRDA), 29 U.S.C. §§ 481–484. Three members filed complaints about the local delegate selection process and one local complained at the national convention about the voting process. The allegations and their resolution are set forth below.

Complainant Ronald Provost of NAGE Local R1-17 questioned the local's allowance of absentee voting in the delegate selection process. He alleged that members were unable to attend the delegate selection meeting and therefore were not afforded the same right to cast a vote. Neither the LMRDA nor the union constitution and bylaws prohibit the use of absentee ballots in this situation. The notice for the nomination meeting announced that members who could not attend the meeting could submit an absentee ballot. Out of twenty-two members of Local R1-17, only six members did not vote by either absentee ballot or at the meeting. No violation occurred.

Kate Breen complained that she was unfairly removed as delegate for NAGE Local 13-002 to the NAGE convention. It was originally decided that Breen as a member of the National Association of Air Traffic Specialists (NAATS), which had voted to

disaffiliate with NAGE on June 30, 2006, was ineligible to participate in the election. However, it was later decided, in accordance with the Pre-Election Rules, that as members in good standing on June 1, 2006, NAATS members were eligible to be delegates and to vote at the NAGE convention. As a result, Breen was declared Local 13-002's delegate. There was no violation of the LMRDA.

John Bowers of NAGE Local R12-29 complained that the notice and timing of the local's delegate nomination meeting was inadequate to allow members to attend. The local is composed of members located at the Naval Base Ventura County, a facility with over a hundred buildings widely dispersed. Bowers, a captain in the fire department, is stationed at San Nicholas Island which is sixty-five miles offshore. Bowers was asked to help distribute the notice. Bowers posted the notice on the island and emailed it to another member to distribute throughout the base. The notice included an option to email a nomination if members could not attend the meeting. Notice of nominations must be "reasonably calculated to inform all members of the offices to be filled in the election as well as the time, place, and form for submitting nominations." 29 C.F.R. § 452.56. The local posted notice at the local's office and the fire station on San Nicholas Island. Posting nomination notice in only two locations with members this widely dispersed would not meet the LMRDA requirement of notice calculated to inform all members. However, the local cast eleven delegate votes in the national officer election, which was far too small to alter the outcome of any national race. The violation did not affect the outcome of the national elections.

Two Local 01-229 delegates to the NAGE convention complained during the national election that the roll call method used was illegal. No formal complaint was

filed with the election supervisor. In any event, the roll call method does not violate the LMRDA; there is no requirement under the LMRDA for secret ballots in elections for national union officers by a convention of delegates. There was no violation.

The Department concluded from its investigation and analysis that no violation of Title IV occurred during the supervised selection of delegates or in the election for National Executive Board Officers on September 13, 2006. The election complied with the November 7, 2005 Consent Order of the United States District Court for the District of Massachusetts, and no reason exists to overturn the results of this election.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 22nd day of December 2006, at the City of Washington, District of Columbia.

Patricia Fox

Patricia Fox, Acting Chief
Division of Enforcement,
Office of Labor-Management Standards,
Employment Standards Administration,
United States Department of Labor